IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:08-cv-415

| | | |
|---|---|---|
| NANCY E. HALL, and ROBERT C. ECONOMOS | ) ) ) ) | |
| Plaintiffs vs. | ) ) ) ) | ORDER |
| HALLMARK CARDS, INCORPORATED | ) ) ) ) | |
| Defendant | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' Joint Motion to Modify the Case Management Order to Allow Commencement of Discovery (Doc. No. 12), filed January 8, 2009. Having considered the parties' submission, the Court finds that good cause exists to grant the parties' motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion to Modify the Case Management Order to Allow Commencement of Discovery" is **GRANTED** and paragraph 1(b)(2) of the Case Management Order is hereby modified to allow the parties to commence fact discovery effective December 22, 2008, when the Case Management Order was entered.

Signed: January 21, 2009

Frank D. Whitney
United States District Judge