# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:08-CV-415-FDW

| | |
|---|---|
| NANCY HALL and ROBERT ECONOMOS, ) ) ) | |
| Plaintiffs/Counter-Defendants ) ) | |
| vs. ) ) | ORDER |
| HALLMARK CARDS, INC., ) ) | |
| Defendants/Counter-Plaintiffs. ) ) | |

TAKE NOTICE that this matter has been set for a <u>Markman</u> Hearing, to take place at **1:30 p.m.** on **Thursday, 4 June 2009** in Courtroom 1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina.

Signed: April 1, 2009

Frank D. Whitney
United States District Judge