# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

**DOCKET NO. 3:08-cv-415-FDW**

| | |
|---|---|
| NANCY HALL and ROBERT ECONOMOS, )<br>)<br>Plaintiffs/Counter-Defendants, )<br>)<br>vs. )<br>)<br>HALLMARK CARDS, INC., )<br>)<br>Defendant/Counter-Plaintiff. )<br>) | **ORDER** |

THIS MATTER comes now before the Court *sua sponte* for scheduling purposes. The Markman hearing in this case has been rescheduled to take place at **11:00 a.m.** on **June 4, 2009**. The Court will hear the presentation of evidence, including testimony of expert witnesses, after which each party shall have forty-five (45) minutes for legal argument. Defendant shall have up to and including **May 27, 2009**, to submit a motion concerning the presentation of evidence at the hearing, after which Plaintiff shall have up to and including **June 2, 2009**, to respond.

IT IS SO ORDERED.                    Signed: May 20, 2009

*/s/ Frank D. Whitney*
Frank D. Whitney
United States District Judge